| | Information to identify the case: | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **David Garcia** | | | Social Security number or ITIN | xxx–xx–8121 |
| | First Name | Middle Name | Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | | Date case filed for chapter 7 | **April 4, 2019** |
| Case number: | **19–80539** | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Garcia | |
| 2. | **All other names used in the last 8 years** | aka David P. Garcia, aka David Pedro Garcia, dba NATIONAL HOUSING PRESERVATION ADVISORS, LLC. (JULY 2017 – PRESENT), dba CAMBRIDGE HOUSING PARTNERS, LLC. (APRIL/MAY 2013 – PRESENT), dba NHPA DEVELOPMENT, LLC (JUNE 2018 – PRESENT), dba AFFORDABLE HOUSING/ REAL ESTATE DEVELOPMENT | |
| 3. | **Address** | 743 Oakdale Drive<br>Auburn, AL 36830 | |
| 4. | **Debtor's attorney**<br>Name and address | Mary Conner Pool<br>Bond, Botes, Shinn & Donaldson, P.C.<br>Post Office Box 4479<br>Montgomery, AL 36103 | Contact phone 334–264–3363<br><br>Email: mpool@bondnbotes.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Cecil M. Tipton Jr.<br>Ray & Tipton<br>606 Avenue A<br>Opelika, AL 36801 | Contact phone 334–742–9400 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street  Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM  Contact phone 334–954–3800  Date: April 5, 2019 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 30, 2019 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **Valid photo identification required.**  **No cell phones or cameras will be allowed in the building.** | Location:  **U.S. Bankruptcy Court, George W. Andrews Federal Building, 701 Avenue A, Opelika, AL 36801** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** July 29, 2019 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 19-80539    Doc 5    Filed 04/05/19    Entered 04/05/19 01:00:12    Desc Ch 7 First Mtg I/J No POC    Page 3 of 3